Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Elody C. Tignor 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Sunbelt Rentals, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KENNETH MOODY,<br><br>                    Plaintiff,<br>    vs.<br><br>SUNBELT RENTALS, LLC, a foreign corporation,<br><br>                    Defendants | Case No.: 2:24-cv-01325-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Sunbelt Rentals, LLC ("Defendant") and Plaintiff Kenneth Moody ("Plaintiff"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due September 10, 2024. Because Defense counsel has just been retained in this case, the parties stipulate to a fourteen (14) day extension of time up to and including **September 24, 2024**, in which for Defendant to respond to the Complaint.  This is the parties' first request for an extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 4th day of September, 2024.

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 4th day of September, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Elody C. Tignor*

Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant, Sunbelt Rentals, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

September 4, 2024
DATED

-2-