Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Elody C. Tignor 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Sunbelt Rentals, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH MOODY,<br><br>             Plaintiff,<br><br>vs.<br><br>SUNBELT RENTALS, INC., a foreign corporation,<br><br>             Defendants | Case No.: 2:24-cv-01325-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT SETTLEMENT DOCUMENTS**<br><br>**(FIRST REQUEST)** |

Defendant Sunbelt Rentals, LLC ("Defendant") and Plaintiff Kenneth Moody ("Plaintiff") (collectively the "Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Parties to Submit Settlement Docs. In the Court's Minutes of Proceedings on November 26, 2024 (ECF No. 23), the Court set the deadline to submit Settlement Documents for January 10, 2025. Because the parties are awaiting a decision on Stipulation and Order for Plaintiff to Amend Complaint (ECF No. 24), the parties stipulate to a thirty (30) day extension of time up to and including **Monday, February 10, 2025**, in which for Parties to submit settlement documents.  This is the parties' first request for an extension of time.

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 10th day of January, 2025.

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*

Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 10th day of January, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Elody C. Tignor*

Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant, Sunbelt Rentals, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 4, 2025