Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Elody C. Tignor 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Sunbelt Rentals, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH MOODY,<br><br>　　　　　Plaintiff,<br>vs.<br><br>SUNBELT RENTALS, INC., a foreign corporation,<br><br>　　　　　Defendants | Case No.: 2:24-cv-01325-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT**<br><br>**(SECOND REQUEST)** |

Defendant Sunbelt Rentals, LLC ("Defendant") and Plaintiff Kenneth Moody ("Plaintiff") (collectively the "Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for the Parties to submit a stipulation and order to dismiss this matter, pursuant to the Parties' settlement.

In the Court's Minutes of Proceedings following the Early Neutral Evaluation on November 26, 2024 (ECF No. 23), the Court set the deadline to submit settlement documents for January 10, 2025.

The Parties filed a Stipulation and Order for Plaintiff to Amend his Complaint (ECF No. 24) on December 16, 2024; however, as of January 10, 2025, it remained pending.  The Parties filed a Stipulation and Order to Extend Time to Submit Settlement Documents (First Request) (ECF No. 25) on January 10, 2025, seeking to extend the time to file settlement documents to February 1, 2025.

The Court granted the Stipulation and Order to Extend Time to Submit Settlement Documents (First Request) on February 4, 2025 (ECF No. 26).

However, the Court has still not acted on the Stipulation and Order for Plaintiff to Amend Complaint (ECF No. 24). Accordingly, and to allow the Court additional time to review and act on the Stipulation and Order for Plaintiff to Amend his Complaint the Parties are requesting an additional thirty (30) days, up to and including **Wednesday March 12, 2025**, to submit the stipulation and order to dismiss.

This is the Parties' second request for an extension of time.

This stipulation is made in good faith and is not intended for purposes of delay.

DATED this 11th day of February, 2025.

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*
Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 11th day of February, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant, Sunbelt Rentals, Inc.*

**IT IS SO ODERED.**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED**: This 12th day of February, 2025.