Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Elody C. Tignor 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Sunbelt Rentals, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH MOODY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SUNBELT RENTALS, INC., a foreign corporation,<br><br>                    Defendants | Case No.: 2:24-cv-01325-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Kenneth Moody ("Plaintiff") and Defendant Sunbelt Rentals, Inc., by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear their own fees and costs.

DATED this 14th day of February, 2025.

HATFIELD & ASSOCIATES, LTD.

/s/ *Trevor J. Hatfield*
Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 14th day of February, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Elody C. Tignor*
Suzanne L. Martin
Nevada Bar No. 8833
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant, Sunbelt Rentals, Inc.*

**IT IS SO ORDERED.**

**DATED:** this 18th day of February, 2025



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE